Michael A. Saffer (MAS 2977)
MANDELBAUM SALSBURG, P.C.
155 Prospect Avenue
West Orange, New Jersey 07052
(973) 736-4600
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------x
PROHELM, LLC, a New Jersey Limited
Liability Company,

      Plaintiff,

 -against-

OUTER STUFF, LTD., a New York
Corporation; REEBOK INTERNATIONAL
LTD., a Massachusetts Corporation; and
ADIDAS OF AMERICA, INC., an Oregon
Corporation,

      Defendants.
---------------------------------------x

Civil Action No. 09-1201 (FSH)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the plaintiff and for the defendants that the time of each of the defendants to answer or move with respect to the complaint is extended to July 1, 2009.

_____
MICHAEL A. SAFFER (MAS 2977)
Mandelbaum Salsburg, P.C.
155 Prospect Avenue
West Orange, New Jersey 07052
(973) 736-4600
Attorneys for Plaintiff

_____
BRUCE ROBINS (BR-5194)
GABRIEL KASZOVITZ (GK-3225)
Feder Kaszovitz LLP
845 Third Avenue
New York, New York 10022-6601
(212) 888-8200
Attorneys for Defendants Outerstuff

_____
KEITH WEXELBLATT (KW-0245)
Reebok International Ltd
1895 J.W. Foster Blvd.
Canton, MA 02021
Attorneys for Defendants Reebok International
Ltd. and Adidas of America, Inc.

SO ORDERED

_____
United States District Judge
Magistrate

Outerstuff.stipulation.4.7.09